# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00320-CDS-BNW |
|---|---|
| Plaintiff, | |
| v. | Order Denying Stipulation to Continue Trial and Motion Deadlines (Fifth Request) |
| MUSALIH EL-AMIN and BRANDON WONG, | (ECF No. 48) |
| Defendants. | |

This matter comes before the Court on the parties' stipulation to continue trial and motions deadlines. ECF No. 48. The parties request that the Court move the trial date from September 12, 2022, to a date no sooner than ninety (90) days. They also request that the Court adjust all pre-trial deadlines accordingly. The only reason the parties give for this request is that "defendants need additional time to complete their investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations."

This action has been pending for almost two years. Without more information, the Court cannot find good cause based on information contained in the stipulation. Without more information, the parties' vague statement that additional "investigation" is needed does not rise to the level of good cause. Therefore, the fifth request to continue trial and motion deadlines is DENIED without prejudice.

DATED this 13th day of July, 2022.

_____
Cristina D. Silva
United States District Court Judge